LAW OFFICE OF IRENE KARBELASHVILI
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RACHELLE RIDOLA,<br>　　　　Plaintiff,<br>vs.<br>STAY CAL SAN JOSE, LLC, a California limited liability company; TRI-LIN HOLDINGS, LLC, a Nevada series limited liability company, d/b/a THE ROW HOTEL, f/k/a HOTEL VALLEY PARK; and DOES 1-20 inclusive,<br>　　　　Defendants. | Case No. 5:16-cv-2207-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff Rachelle Ridola ("Plaintiff") and Defendants Stay Cal San Jose, LLC and Tri-Lin Holdings, LLC ("Defendants")(collectively, the Parties") hereby stipulate, pursuant to FRCP 41 (a)(1)(A)(ii) and FRCP 41 (a)(2), as follows:

1. This action shall be dismissed with prejudice against Defendants.
2. The Court will retain jurisdiction to enforce the terms of the CONSENT DECREE (Dkt. No. 30) against Stay Cal San Jose, LLC only.
3. The Parties shall bear their own attorney fees and costs in the action.

Dated: April 12, 2017　　　　　*/s/ Irene Karbelashvili*
　　　　　　　　　　　　　　　Irene Karbelashvili, Attorney for
　　　　　　　　　　　　　　　Plaintiff RACHELLE RIDOLA

| | | |
|---|---|---|
| Dated: April 12, 2017 | | */s/ Kenea Bains* |
| | | Kenea Bains, Attorney for |
| | | Defendant Stay Cal San Jose, LLC |

| | | |
|---|---|---|
| Dated: April 12, 2017 | | */s/ Rob D. Chung* |
| | | Rob D. Chung, Attorney for |
| | | Defendant Tri-Lin Holdings, LLC |

### **FILER'S ATTESTATION**

I hereby attest that on, I, Irene Karbelashvili, received the concurrence of the signatories in filing of this document.

# [PROPOSED] ORDER

Having reviewed the above stipulation for dismissal by Plaintiff Rachelle Ridola on the one hand and Defendants Stay Cal San Jose, LLC and Tri-Ling Holdings, LLC, on the other hand, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice against Defendants.
2. The Court will retain jurisdiction to enforce the terms of the CONSENT DECREE (Dkt. No. 30) against Stay Cal San Jose, LLC only.
3. The Parties shall bear their own attorney fees and costs in the action.

Dated: June 15, 2017

United States District Judge